**Entered on Docket**
**December 06, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 6, 2021

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Michael A. Isaacs (SBN 99782)
RINCON LAW, LLP
268 Bush Street, PMB 3335
San Francisco, CA 94104
Tel. 415-404-5252
Fax. 415-680-1712
misaacs@rinconlawllp.com

Counsel for
Janina M. Hoskins,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re

SKULLY, INC.
*dba* SKULLY HELMETS, INC.,

Debtor.

Case No. 16-31113 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY**
(*Hoskins v. Walden Riverwood Ventures, L.P., et al.*)

Upon due consideration, based on the Trustee's Motion to Compromise Controversy (*Hoskins v. Walden Riverwood Ventures, L.P., et al.*) [F.R.B.P. 9019(a); B.L.R. 9014(b)(3)] and her supporting declaration, filed November 12, 2021 as Dockets 112 and 112-1, respectively (collectively, the "Motion"), the Notice and Opportunity for Hearing on Motion to Compromise Controversy (*Hoskins v. Walden Riverwood Ventures, L.P., et al.*) [F.R.B.P. 9019(a); B.L.R. 9014(b)(3)] filed the same day as Docket 113 ("Notice"); which Notice was served by U.S. Mail upon all parties on the Debtor's Mailing Matrix, as evidenced by the Certificate of Service / Declaration of Mailing filed November 12, 2021 as Docket 114, and it appearing from the Trustee's Notice and Certificate of Service that notice is adequate, that no objection to the compromise described in the Notice has been filed or received by the Trustee's counsel, and that good cause exists, it is

ORDERED as follows:

1.      The Motion is granted.

2. The Trustee is authorized to dismiss the following actions:

    a. *Janina M. Hoskins, Chapter 7 Trustee of the Bankruptcy Estate of Skully, Inc. v. Walden Riverwood Ventures, L.P., Nicholas Brathwaite, Cesar Lee, Intel Capital Corporation, Victor Westerland, and Keith Larson, Inclusive*, Case No. 2020-1100-SG filed in the Chancery Court of the State of Delaware; and

    b. *Marcus D. Weller and Mitchell R. Weller, derivatively on behalf of Skully, Inc. v. Walden Riverwood Ventures, L.P., Nicholas Brathwaite, Cesar Lee, Intel Capital Corporation, Victor Westerland, Keith Larson, and Skully, Inc., (Nominal Defendant)*, Case No. CGC-19-575574 filed in the Superior Court of California, County of San Francisco;

(collectively, the "Lawsuits"), in exchange for payment by the defendants of $1 million within 30 days of the entry of this Order, and the withdrawal by certain of the defendants of substantial claims in this bankruptcy estate.

3. The Trustee is authorized to execute those documents necessary to complete the compromise approved by this order, including providing general releases for all defendants in the Lawsuits.

4. This Order is effective upon entry, and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

**\*\*END OF ORDER \*\***