Entered on Docket
June 17, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 17, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Andrew S. Azarmi (SBN 241407)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Tel.  415.267.4000
Fax. 415.267.4198
Andrew.Azarmi@dentons.com

Former Counsel for
Janina M. Hoskins,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re

SKULLY, INC.
*dba* SKULLY HELMETS, INC.,

Debtor.

Case No. 16-31113 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FORMER COUNSEL FOR CHAPTER 7 TRUSTEE**
**(Dentons US LLP)**

Date:   June 30, 2022
Time:   10:00 a.m.
Place:  Zoom Video Conference

Following notice [1] and an opportunity to object, the First and Final Application for Compensation and Reimbursement of Expenses of Counsel for Chapter 7 Trustee (Dentons US LLP), filed February 23, 2021 as Docket 107 by Dentons US LLP, former general counsel to Janina M. Hoskins, Chapter 7 Trustee ("Application"), was approved by the Court's June 17, 2022, Docket Text Order.

---

[1] Notice of Hearing on First and Final Application for Compensation and Reimbursement of Expenses of Former Counsel for Chapter 7 Trustee (Dentons US LLP) [FRBP 2002(a)(6); BLR 9014(b)(1)(B)] filed June 6, 2022 as Docket 150 and served on creditors, as evidenced by the Certificate of Service / Declaration of Mailing filed June 6, 2022 as Docket 151, per this Court's Order Regarding First and Final Fee Application of Dentons US LLP entered June 3, 2022 as Docket 148

Upon due consideration, good cause appearing therefor, it is

ORDERED as follows:

1. The Application is approved.

2. Dentons US LLP is awarded final compensation in the amount of $54,459 and final expense reimbursement in the sum of $177.40 for total compensation of **$54,636.40**, for those services rendered during the period from August 23, 2019 through February 5, 2021, as an expense of administration pursuant to §503(b) of the Bankruptcy Code.

3. The Trustee is authorized to disburse the sum of **$54,636.40** as final compensation.

***END OF ORDER ***