Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
(707) 483-2910
Trustee in Bankruptcy



FILED
JUL 10 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

**SKULLY, INC.**

Debtor(s)

Case No. **16-31113**

Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $25,249.70. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Stripe, Inc.<br>12 Gull Drive, South San Francisco<br>Ca, 94080 | $506,583.91 | $25,249.70 |

Total Unclaimed Dividends: $25,249.70

Dated: July 6, 2023

JANINA M. HOSKINS, TRUSTEE