Signed and Filed: August 16, 2023



_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Skully, Inc. | Case No.: 16-31113 HLB |
| Debtor(s) | Chapter: 7 |

**ORDER REOPENING CASE**

On 8/16/2023, the Clerk's Office inadvertently closed the case in error.

In accordance with the above and good cause appearing, IT IS ORDERED that this case is REOPENED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients